UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL B. SHAMITOFF; SHAMITOFF INDUSTRIES, INC., individual and doing business as SHAMITOY INTERACTIVE; UNIVERSAL INTERACTIVE LLC,, <br><br> Plaintiffs, <br><br> v. <br><br> GEOFFREY RICHARDS, Chapter 7 Trustee, ROBERT BROWN, Arbitrator for the American Arbitration Association, and THE AMERICAN ARBITRATION ASSOCIATION, <br><br> Defendants. | No. 2:14-cv-00024-MCE-CKD <br><br> **ORDER DISMISSING CASE** |

On November 19, 2014, this Court issued a Memorandum and Order granting Plaintiffs' Motion to Dismiss with Prejudice (ECF No. 33) subject to the condition that Plaintiff pay Defendant Richards' attorneys' fees and costs in an amount to be determined by the Court. In order to make that assessment, Richards was ordered to submit, within twenty (20) following the date of the Order, its documentation in support of its fees and costs being sought. That twenty day period expired on December 9, 2014, and Defendant Richards has neither filed the necessary documentation nor requested

1

any extension for doing so.  Given that failure, the Court now dismisses Plaintiffs' lawsuit against Richards, without prejudice.  Since Richards is the last remaining Defendant in this lawsuit, the matter is now resolved in its entirety, and the Clerk of Court is directed to close the case.

      IT IS SO ORDERED.

Dated: January 29, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT